UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN J. WILLIAMS,<br><br>      Plaintiff,<br><br>   -against-<br><br>DEBRA ANN LIVINGSTON; CATHERINE O'HAGAN WOLFE; RICHARD J. SULLIVAN; JOSEPH F. BIANCO; MICHAEL H. PARKER; WILLIAM J. NARDINI; RICHARD J. LOHIER, JR.; STEVEN J. MENASHI; EUNICE C. LEE; BETH ROBINSON; MYRNA PEREZ; ALISON J. NATHAN; SARAH A. L. MERRIAM; MARIA ARAUJO KAHN; RALPH OBAS; DENNISSE PIZARRO-LEBRON; YANA SEGAL; LAMA; DOES 1-5, ADDITIONAL CLERK'S OFFICE STAFF AND ATTORNEYS,<br><br>      Defendants. | 26 CIVIL 0538 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 9, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    February 13, 2026

New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2